ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------x

UNITED STATES OF AMERICA
-v-

Adrian Hurdle,
        Defendant.
-----------------------------------------------x

JUDGMENT INCLUDING SENTENCE
UNDER THE SENTENCING REFORM ACT

CASE NUMBER: CR-03-611(FB)
KENNETH WASSERMAN, ESQ.
401 BROADWAY, SUITE 1101
NEW YORK, NY 10013
Defendant's Attorney & Address

THE DEFENDANT: Adrian Hurdle
__XX__ pleaded guilty to count ONE OF AN INFORMATION.

Accordingly, the defendant is ADJUDGED guilty of such count(s), which involve the following offenses:

| TITLE & SECTION | NATURE & OFFENSE | COUNT NUMBER(S) |
|---|---|---|
| T. 18 USC 1951(a) | THE DEFENDANT DID KNOWINGLY AND INTENTIONALLY CONSPIRE TO COMMIT ROBBERY. | 1 |

The sentence is imposed pursuant to the Sentencing Reform Act of 1984.
__XX__ All open counts are dismissed on the motion of the United States.
__XX__ It is ordered that the defendant shall pay to the United States a special assessment of $ 100.00 which shall be due immediately :

It is further ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Defendant's Soc. Sec # _____

JULY 20, 2005
Date of Imposition of Sentence

THE HONORABLE FREDERIC BLOCK
Aug 12, 2005
Date

Defendant's Mailing Address:
625 ESSEX STREET

BROOKLYN, NY 11208

A TRUE COPY ATTEST
Date: 8/12/05
ROBERT C. HEINEMANN
CLERK OF COURT
By:_____
MIKE J. INNELLI
DEPUTY CLERK

Defendant: Adrian Hurdle
Case Number: CR-03-611(FB)

## PROBATION

The defendant is hereby placed on probation for a term of __THREE (3) YEARS WITH THE FOLLOWING SPECIAL CONDITIONS: (1) THE DEFENDANT SHALL COMPLETE 100 HOURS OF COMMUNITY SERVICE AS DIRECTED BY THE PROBATION DEPARTMENT AND (2) THE DEFENDANT SHALL COMPLY WITH THE RESTITUTION ORDERED IN THIS JUDGMENT.__

While on probation, the defendant shall not commit another Federal, state, or local crime and shall comply with the standard conditions that have been adopted by this court (set forth on the following page). If this Judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution. The defendant shall comply with the following additional conditions:

**Defendant:** Adrian Hurdle
**Case Number:** CR-03-611(FB)

## RESTITUTION

RESTITUTION IS ORDERED IN THE TOTAL SUM OF $12,000.00. RESTITUTION SHALL BE PAID JOINTLY AND SEVERALLY WITH ANY CO-DEFENDANTS. RESTITUTION SHALL BE PAID AT THE RATE OF $3,000.00 ONE (1) MONTH FROM THE DATE OF THIS JUDGMENT; $3,000.00 SIX MONTHS (6) FROM THE DATE OF THIS JUDGMENT AND THE BALANCE OF $6,000.00 SHALL BE PAID IN FULL BY THE END OF HIS FIRST YEAR OF PROBATION. THE INTEREST REQUIREMENT IS WAIVED. PAYMENTS SHALL BE MADE TO THE CLERK OF THE COURT WHO SHALL PERIODICALLY REMIT SUCH MONIES PROPORTIONALLY TO THE FOLLOWING VICTIM:

TO THE ESTATE OF ORLANDO DAVIS, C/O WILLIAM DAVIS AT 29 ROGERS STREET, HEMPSTEAD, NEW YORK, 11531.

Defendant: Adrian Hurdle
Case Number: CR-03-611(FB)

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation or supervised release pursuant to this Judgment:

1) The defendant shall not commit another Federal, state or local crime;
2) the defendant shall not leave the judicial district without the permission of the court or probation officer;
3) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5) the defendant shall support his or her dependents and meet other family responsibilities;
6) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7) the defendant shall notify the probation officer within seventy-two hours of any change in residence or employment;
8) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
10) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
13) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

These conditions are in addition to any other conditions imposed by this Judgment.