Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

PROB 12B
(NYEP-11/25/02)

Prob 12B / Page 1
USPO Enciso
Brooklyn, NY



# United States District Court
## for the
## Eastern District of New York

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **Adrian Hurdle**        Case Number: **03-CR-00611**

Name of Sentencing Judicial Officer:        **The Honorable Frederic Block, Senior United States District Court Judge**

Date of Original Sentence:   **July 20, 2005**

Original Offense:   **Conspiracy to Commit Robbery, in violation of 18 U.S.C. § 1951(a)**

Original Sentence:  **36 Months Probation, 100 Hours of Community Service, $12,000 in restitution and $100 Special Assessment Fee**

Type of Supervision: **Probation**    Date Supervision Commenced: **July 30, 2005**

---

### PETITIONING THE COURT

☐  To extend the term of supervision for years, for a total term of years.

☒  To modify the conditions of supervision as follows:

**THE OFFENDER SHALL PAY THE REMAINING RESTITUTION AS FOLLOWS: $3,000 BY SEPTEMBER 1, 2006 AND $3,000 BY FEBRUARY 1, 2007**

### CAUSE

The offender was sentenced before Your Honor on July 20, 2005, to 36 months probation, 100 hours of community service, $12,000 in restitution and a $100 special assessment fee. As a condition of his sentence the offender was required to pay $12,000 in restitution in full by the end of his first year of probation (July 20, 2006). Thus far, he has paid a total of $6,000. The offender has reported that he is financially unable to pay the balance of the restitution by the upcoming scheduled due date. After a discussion with the offender and an inquiry into his finances, the probation officer has determined that the offender can make the remaining payments as follows: $3,000 by September 1, 2006, and a final payment of $3,000 by February 1, 2007. The offender has been compliant with his supervision thus far.

The offender voluntarily signed the attached waiver of hearing agreeing to the proposed

Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Prob 12B / Page 2
USPO Enciso
Brooklyn, NY

to this modification below.

Respectfully submitted by,

_____
Javier Enciso
U.S. Probation Officer
Date: 4/18/06

Approved by,

_____
Jill Williams
Supervising U.S. Probation Officer
Date: 4/18/06

THE COURT ORDERS:
- ☐ No Action
- ☐ The Extension of Supervision as Noted Above
- ☒ The Modification of Conditions as Noted Above
- ☐ Other

_____
Signature of Judicial Officer

4\20\06
Date

PROB 49

# UNITED STATES DISTRICT COURT
# for the
# EASTERN DISTRICT OF NEW YORK

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

*The offender shall pay the remaining restitution as follows; a third payment of $3,000 by September 1, 2006, and a final payment of $3,000 by February 1, 2007.*

Witness: Javier G. Enciso
U.S. Probation Officer

Signed: Adrian Hurdle
Probationer

3/16/06
DATE